UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | No. 2:19-cv-0184 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The action was originally filed in state court and was removed by defendants. Defendants request they be permitted to file a response to the first amended complaint ("FAC") after the court has screened that complaint under 28 U.S.C. §1915A.

Good cause appearing, IT IS HEREBY ORDERED that defendants' request (ECF No. 8) is granted. Defendants' responsive pleading shall be due after the court screens the FAC.

Dated: February 25, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB:prisoner-civil rights/hill0184.answ eot

1