UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

    Plaintiff,

v.

SCOTT KERNAN, et al.,

    Defendants.

No. 2:19-cv-00184-TLN-DB

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 21.) Defendant Ayala has filed objections to the findings and recommendations. (ECF No. 22.) Defendant Ayala contends that Plaintiff may not pursue a claim under the ADA or RA against her for damages. (*See* ECF No. 22.) Defendant is correct that Plaintiff may not seek damages against Ayala in her individual capacity under the ADA or RA. *See Vinson v. Thomas*, 288 F.3d 1145, 1156 (9th Cir. 2002). However, the Eleventh Amendment does not bar ADA or RA suits against state officials in their official capacities for damages. *See Phiffer v. Columbia River Corr. Inst.*, 384 F.3d 791,

1

792 (9th Cir. 2004); *Lovell v. Chandler*, 303 F.3d 1039, 1051 (9th Cir. 2002). Plaintiff states in his second amended complaint that he seeks relief against "each defendant in their individual and/or official capacity." Defendant's objections to the findings and recommendations are denied.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2019, (ECF No. 21) are adopted in full;

2. All claims against Defendants CDCR, Kernan, Voong, Liu, and Baughman are dismissed without leave to amend.

Dated: June 12, 2019

_____
Troy L. Nunley
United States District Judge