IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH HILL,<br><br>                              Plaintiff,<br><br>     v.<br><br>Y. AYALA,<br><br>                              Defendant. | 2:19-cv-0184-TLN-DB P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Defendant seeks a 120-day extension of deadlines in the Discovery and Scheduling Order based on his inability to depose plaintiff due to prison shutdowns resulting from the COVID-19 pandemic.  Defendant explains that the California Department of Corrections and Rehabilitation ("CDCR") recently requested that defendant's counsel seek continuances of any prisoner depositions, and other prisoner matters, set to occur prior to August 31, 2020.  Defendant contends that an extension well past that date is necessary because even assuming depositions may resume September 1, there will be many hearings and depositions that must be scheduled.

    While the court finds good cause for an extension of the deadline for deposing plaintiff, defendant fails to provide any reason for the extension of all discovery deadlines.  There is no

showing that the parties have been unable to conduct written discovery.  Further, defendant fails to demonstrate that a 120-day extension is necessary.  The current deadline for discovery, including motions to compel discovery, is July 2, 2020.  The current deadline for filing dispositive motions is October 2, 2020.  (Disc. and Sch. Order (ECF. No. 45).)  This court finds it reasonable to extend the time period for defendants to depose plaintiff by 75 days.  Should defendant be unable to depose plaintiff within this time period, he may seek another extension of time.  This court further finds it reasonable to extend the dispositive motion deadline by 60 days.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that defendant's motion to modify the March 2, 2020 Discovery and Scheduling Order (ECF No. 52) is granted in part as follows:

1. The deadline for defendant to depose plaintiff is continued through September 15, 2020;

2. The deadline for defendant to file any pretrial motions, except any motions to compel discovery, is continued through December 2, 2020; and

3. In all other respects, the March 2, 2020 Discovery and Scheduling Order is remains in effect.

Dated:  July 7, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hill0184.dso eot