IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH HILL, | 2:19-cv-0184-TLN-DB P |
| Plaintiff, | ORDER |
| v. | |
| Y. AYALA, | |
| Defendant. | |

Good cause appearing, IT IS HEREBY ORDERED that defendant Y. Ayala's request for an extension of time to file a reply in support of defendant's motion for summary judgment (ECF No. 74) is granted. Defendant shall file any reply on or before June 8, 2021.

Dated: May 25, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/hill0184.msj reply eot