UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No. 2:19-cv-00184-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| SCOTT M. KERNAN, et al., | |
| Defendants. | |

Plaintiff Kenneth Hill ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 78.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 4, 2021 (ECF No. 78), are ADOPTED IN FULL;

2. Defendant's Motion for Summary Judgment (ECF No. 69) is GRANTED as follows:

   a. Plaintiff's claim that Defendant Ayala discriminated against him in violation of the Americans with Disabilities Act (ADA) and the Rehabilitation Act (RA) when she denied his job application is DISMISSED for Plaintiff's failure to exhaust his administrative remedies; and

   b. Plaintiff's claim that Defendant Ayala discriminated against him in violation of the ADA and RA when she denied his family visiting application is DENIED.

3. The Clerk of the Court is directed to enter Judgment for Defendants and close this case.

IT IS SO ORDERED.

Dated:  September 10, 2021

                                          Troy L. Nunley
                                          United States District Judge